November 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ALLEN F. CALTON, Appellant

NO. 14-15-00460-CV                      V.

JASON NEWMAN, LAUREN TANNER AND BAKER BOTTS, LLP, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Allen F. Calton.

We further order this decision certified below for observance.